IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,

      vs.

KENNETH VAUGHN,

          Defendant.

                     :

                     :

                     :      Case No.  3:08cr116 (3)

                     :

                     :      JUDGE WALTER H. RICE

                     :

---

DECISION AND ENTRY OVERRULING  DEFENDANT'S *PRO SE*
MOTION FOR RECONSIDERATION (DOC. #432)  AS MOOT

---


The Defendant's Motion for Reconsideration (Doc. #432), asking this Court to recommend to the Bureau of Prisons that he be accorded one extra month in a halfway house, is OVERRULED as moot, given that this Court, in its Sentencing Entry of February 23, 2009, at Doc. #313, recommended to the Bureau of Prisons that "the Defendant be made eligible for the maximum amount of halfway house time . . . "

Given that this Court has already made the recommendation sought by Defendant and, further, given that the Court has no ability to order the Bureau of Prisons to carry out the Court's recommendations, this Court deems the Defendant's Motion to be moot.



August 1, 2016
                              WALTER H. RICE
                        UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record