IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.           Case No. 3:08cr116 (3)

KENNETH VAUGHN, JR.     JUDGE WALTER H. RICE

   Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE (DOC. #506), WITHOUT PREJUDICE TO RENEWAL ON OR AFTER JANUARY 31, 2021

---

Based upon the attached Memorandum from United States Probation Officer, Eric Dern, the Defendant's Motion to Terminate Supervised Release (Doc. #506) is OVERRULED, without prejudice to renewal on or after January 31, 2021.

July 15, 2020          WALTER H. RICE
               UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Eric Dern, USPO